UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America, | )  |
| | ) Case No. 4:08-cr-00367-TLW-6 |
| vs. | ) |
| | ) ORDER |
| Jermaine Lamont Rushing, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On July 13, 2012, Defendant Jermaine Lamont Rushing ("Defendant") filed a document captioned, and docketed by the Clerk's Office, as a Memorandum of Law in Support of Motion pursuant to 28 U.S.C. § 2255. (Doc. #374). However, Petitioner failed to file a related Petition pursuant § 2255. As required by Local Civil Rules 83.VIII.03 and 05 DSC, if Defendant wishes to seek relief pursuant to § 2255, he will have to file his own individual motion on the appropriate forms or forms substantially similar. Defendant is directed to file his § 2255 motion on the appropriate or substantially similar forms within 30 days from the date of this order. Any proper § 2255 motion filed within the time allotted shall be construed as filed on the filing date of the original Memorandum, (Doc. #374). The Clerk is directed to send Defendant the appropriate 28 U.S.C. § 2255 forms.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**CHIEF UNITED STATES DISTRICT JUDGE**

November 20, 2013
Columbia, South Carolina

1